## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Morgan Auto Supply Co.*
Attn:   President/CEO and
        Earl G. Covington
5225 Katy Freeway, Suite 206
Houston, TX 77007

_____
Mary E. Augustine (No. 4477)

619640v1